### ARCHER C. BAYARD vs. J. FRANK GREEN.

Hancock County. Decided July 12, 1924. The jury, believing the plaintiff's version, found in his favor, and that finding was sufficiently justified. Hence, the defendant's motion for a new trial is overruled. *William E. Whiting*, for plaintiff. *B. W. Blanchard and A. M. Rudman*, for defendant.

### A. K. HASLAM ET AL. vs. J. FRANK GREEN.

Hancock County. Decided July 12, 1924. The question of the trial narrowed to one of credibility and the verdict was for the plaintiff. No reason is perceived for disturbing the conclusion to which the jury came. Motion overruled. *William E. Whiting*, for plaintiff. *B. W. Blanchard and A. M. Rudman*, for defendant.